FLEMISTER GROCERY COMPANY *v.* BURTZ *et al.*

GILBERT, J.   Where a plaintiff holding a fi. fa. as transferee desires to
levy it upon land in which the defendant has not a leviable interest be-
cause he has conveyed the land as security by outstanding deeds, and
in order to levy his fi. fa., which is junior to the security deeds, the
holder pays the outstanding debts and receives a transfer of the se-
curities, and then, for the purpose of levying upon the land, a quitclaim
deed to the defendant in fi. fa. is executed and recorded as provided in
the Civil Code (1910), § 6038, if the defendant in fi. fa. then tenders
him the full amount of the principal, interest, and costs due on the
fi. fa., it is his duty to accept the same; and if he declines to accept
such tender, and undertakes to have the property sold, injunction will
lie to prevent the sale.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    No. 427.   NOVEMBER 17, 1917.

Injunction.   Before Judge Morris.   Cherokee superior court.
June 4, 1917.

*D. W. Blair* and *Howell Brooke,* for plaintiff in error.
*John S. Wood* and *Anderson & Roberts,* contra.

---

ENGRAM & ROBINSON *v.* BELL.

GEORGE, J.   1.   Where on the call of a claim case the court inquired of
counsel for the plaintiffs and the claimant who was in possession of the
land, and counsel replied that the levy did not show who was in pos-
session, but that defendant and her son, the claimant, were in posses-
sion, and the court ruled that the burden of proof was on the claim-
ant, and the claimant thereupon assumed the burden of proof, and no
objection was made or urged to the ruling of the court, it was too
late, after verdict, for the plaintiffs' counsel to interpose an objection.
*Zachry* v. *Stewart,* 67 *Ga.* 218; *Willingham* v. *M. & B. Ry. Co.,* 113 *Ga.*
374 (38 S. E. 843); *Dwelle* v. *Blackwood,* 106 *Ga.* 486 (2), 490 (32
S. E. 593).
2.   The evidence authorized the verdict, and there was no error in over-
ruling the motion for new trial.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
                    No. 428.   NOVEMBER 17, 1917.

Claim.   Before Judge Tarver.   Gordon superior court.   May 5
1917.

*J. G. B. Erwin Jr.,* for plaintiffs.   *Lang & Lang,* contra.